```
              UNITED STATES DISTRICT COURT
                       FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA
```

**CURTIS N. CAMPBELL, SR.,**       :
                                   :
       **Petitioner**     :      No. 1:15-CV-02396
                                   :
   vs.                         :      (Judge Kane)
                                   :
**WARDEN,**                        :
                                   :
       **Respondent**     :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed <u>in forma pauperis</u> (Doc. No. 3) is **GRANTED** for the sole purpose of filing the petition for writ of habeas corpus.

2. The petition for writ of habeas corpus, (Doc. No. 1) is **DISMISSED.**

3. The Clerk of Court is directed to **CLOSE** this case.

                <u>s/ Yvette Kane</u>
                Yvette Kane
                United States District Judge

Date: May 9, 2016