```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

**CURTIS N. CAMPBELL, SR.,**            :
                                        :
    Petitioner                :       No. 1:15-CV-02396
                                        :
  vs.                               :       (Judge Kane)
                                        :
**WARDEN,**                             :
                                        :
    Respondent                :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration (Doc. No. 6) is **DENIED**.

                                 S/ Yvette Kane
                                Yvette Kane
                                United States District Judge

Date: June 13, 2016